# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF JONES, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION; BANK OF AMERICA, N.A.; and DOES 1 – 10, inclusive,<br><br>    Defendants. | Case No. CV12-00087-JAM-KJN<br><br>**AMENDED ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS**<br><br>Former Response Date: March 7, 2012<br>New Response Date: April 6, 2012 |

{23721344;1}

**[PROPOSED] ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

Having reviewed the stipulation of defendants Bank of America, N.A.'s (**BANA**) and Federal Home Loan Mortgage Corporation (**Freddie Mac**) (collectively, **Defendants**) and plaintiff Jeff Jones' (**Plaintiff**) to extend the time for Defendants to respond to Plaintiff's initial complaint and good cause appearing:

**IT IS HEREBY ORDERED** that

1. Defendants' time to respond to Plaintiffs' complaint is extended to Friday, April 6, 2012; and
2. The parties' time to submit a Joint Status Report pursuant to Federal Rule of Civil Procedure 26 is extended to May 18, 2012 or, in the event Plaintiff serves Defendants with an amended complaint prior to May 18, 2012, sixty days after such service.

Dated: 3/7/2012                                                    /s/ John A. Mendez_____
                                                                              Honorable John A. Mendez