

**FILED**

MAY 24 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF JONES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION; BANK OF AMERICA, N.A.; and Does 1 – 10, inclusive,<br><br>Defendants. | CASE NUMBER: 2:12-CV-00087-JAM-KJN<br><br><br><br>**ORDER RE: REQUEST FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

The Court, having considered Plaintiff's Request for Dismissal hereby

**ORDERS:**

☒ **The entire action is dismissed without prejudice.**

Dated: 5-24-12

_____
United States District Judge/Magistrate Judge